# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2010

139731 & (135)(136)(142)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

FRANK THOMAS SPAGNOLA,
        Defendant-Appellant.

SC: 139731
COA: 250488
Berrien CC: 2002-403913-FC

_____/

On order of the Court, the motions for miscellaneous relief are GRANTED. The application for leave to appeal the August 4, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2010

_____
Clerk

p0125